# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2877

_____

United States of America

*Plaintiff - Appellee*

v.

Clifford Don Smith

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: April 23, 2024
Filed: May 13, 2024
[Unpublished]

_____

Before LOKEN, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Clifford Smith appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. His counsel has moved for leave to withdraw, and

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable. Smith has moved for appointment of new counsel.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a) and did not err in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (sentences are reviewed for substantive reasonableness under deferential abuse-of-discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors). Further, the court imposed a sentence below the Guidelines range. <u>See</u> <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm, we grant counsel leave to withdraw, and we deny Smith's motion to appoint counsel.

_____